IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHINA LONON,

    Plaintiff,

v.    CIVIL ACTION NO.: 4:23-cv-310

MATTHEW C. WILHOITE, et al.,

    Defendants.

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's November 22, 2023, Report and Recommendation, (doc. 9), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 12th day of January, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA