AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHINA LONON,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:23-cv-310

MATTHEW C. WILHOITE, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated January 12, 2024, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. This case is dismissed and stands closed.

Approved by: _____

Date: _____

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020